No. 90–213. LaRaia v. Pennsylvania. Super. Ct. Pa. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Powers* v. *Ohio, ante,* p. 400. ■

No. 90–904. Miami Herald Publishing Co. et al. v. Department of Revenue et al. Sup. Ct. Fla. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Leathers* v. *Medlock, ante,* p. 439. ■

No. 90–1222. Carnival Cruise Lines, Inc. v. Superior Court of California, County of Los Angeles (Williams et al., Real Parties in Interest). Ct. App. Cal., 2d App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Carnival Cruise Lines, Inc.* v. *Shute, ante,* p. 585. ■

No. 90–1369. AMCA International Finance Co. et al. v. Hilgedick et al. Ct. App. Cal., 1st App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pacific Mut. Life Ins. Co.* v. *Haslip, ante,* p. 1.

No. 90–1371. Stephenson v. McLean Contracting Co., Inc. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McDermott Int'l, Inc.* v. *Wilander,* 498 U. S. 337 (1991). ■

No. 90–5491. Congdon v. Georgia. Sup. Ct. Ga. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Powers* v. *Ohio, ante,* p. 400. ■

No. A–751. Georgiou v. Gauthier. Sup. Ct. Ill. Application for stay, addressed to Justice Blackmun and referred to the Court, denied.

No. A–771. Joubert v. McKernan, Governor of Maine, et al. Application for stay of mandate of the Supreme Judicial Court of Maine, addressed to Justice Marshall and referred to the Court, denied.